SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
CUONG HOANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CUONG HOANG, et. al. <br> Defendants. | CASE NO. 10-cr-00168 JAM <br><br> **WAIVER OF DEFENDANT CUONG HOANG'S PRESENCE** |

Defendant, CUONG HOANG, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, impanelment of jury and imposition of sentence. Defendant, CUONG HOANG, hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

1

Defendant, CUONG HOANG, further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3171 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant, CUONG HOANG, being present.

The original signed copy of this waiver is being preserved by CUONG HOANG'S attorney of record in this case.

DATED: November 15, 2011    by    /s/ Cuong Hoang
                                   CUONG HOANG
                                   Defendant

DATED: November 15, 2011    by    /s/ Scott Cameron
                                   SCOTT N. CAMERON
                                   Attorney for CUONG HOANG

I declare that I am a court certified Cantonese-English interpreter/translator. On November 15, 2011, I read the foregoing "Wavier of Defendant Cuong Hoang's Presence" to CUONG HOANG, translating the document from English to Cantonese.

Dated: November 15, 2011          Richard Shek
                                     Interpreter/Translator

**IT IS SO ORDERED**

Dated: 11/15/2011                /s/ John A. Mendez
                               HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE