```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JULIA SAECHAO
 6

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10

11  UNITED STATES OF AMERICA,      )  CR.S. 10-0168-JAM
                                   )
12              Plaintiff,         )  STIPULATION AND ORDER
                                   )  TO EXTEND TIME FOR STATUS
13      v.                         )  CONFERENCE AND EXCLUDE TIME
                                   )
14  TAC CHE, et al.,               )  DATE:  February 28, 2012
                                   )  Time:  9:30 a.m.
15              Defendants.        )  Judge: John A. Mendez
    _____ )
16
```

Defendant JULIA SAECHAO, by and through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, TAC CHE by and through his counsel, DONALD MASUDA and KENNY GIFFARD, BOB AN, by and through his attorney, RONALD PETERS, CUONG HOANG, by and through his attorney, SCOTT CAMERON, LIEN TROUNG, by and through his counsel, DINA SANTOS, KENNY LU, by and through his counsel, DAVID FISCHER, VINH HOANG, by and through his counsel, GILBERT ROQUE and the United States Government, by and through its counsel, TODD LERAS, Assistant United States Attorney, hereby stipulate that the status conference set for January 17, 2012, be rescheduled for a status conference on Tuesday, February 28, 2012, at 9:30 a.m.

1

1 | This continuance is being requested because defense counsel
2 | needs additional time to review discovery, talk to witnesses and
3 | pursue investigation.

Furthermore, the party's have been diligently attempting to reach a negotiated disposition in this case and we believe that the additional time will aid us in that attempt.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for February 28, 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial.

DATED: January 10, 2012          Respectfully Submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Dennis S. Waks
                                 Supervising Assistant
                                 Federal Defender
                                 Attorney for Defendant
                                 JULIA SAECHAO


                                 /s/ Dennis S. Waks for
                                 DONALD MASUDA
                                 Attorney for TAC CHE


                                 /s/ Dennis S. Waks for
                                 KENNY GIFFARD
                                 Attorney for TAC CHE


                                 /s/ Dennis S. Waks for
                                 RONALD PETERS
                                 Attorney for BOB AN

```
                              /s/ Dennis S. Waks for
                              SCOTT CAMERON
                              Attorney for CUONG HOANG

                              /s/ Dennis S. Waks for
                              DINA SANTOS
                              Attorney for LIEN TRUONG


                              /s/ Dennis S. Waks for
                              DAVID FISCHER
                              Attorney for KENNY LU

                              /s/ Dennis S. Waks for
                              GILBERT ROQUE
                              Attorney for VINH HOANG


DATED:  January 10, 2012     BENJAMIN B. WAGNER
                              United States Attorney


                              /s/  Dennis S. Waks for
                              TODD LERAS
                              Assistant U.S. Attorney
```

**SO ORDERED.**

Dated: 1/11/2012

```
                              /s/ John A. Mendez
                              JOHN A. MENDEZ
                              United States District Court
```