```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JULIA SAECHAO
6
7
8               IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    ) CR.S. 10-0168-JAM
                                )
12              Plaintiff,      ) STIPULATION AND ORDER
                                ) TO EXTEND TIME FOR STATUS
13      v.                      ) CONFERENCE AND EXCLUDE TIME
                                )
14 TAC CHE, et al.,             ) DATE: April 17, 2012
                                ) Time: 9:30 a.m.
15              Defendants.     ) Judge: John A. Mendez
   _____)
16
```

17      Defendant JULIA SAECHAO, by and through her counsel, DENNIS
18 S. WAKS, Supervising Assistant Federal Defender, TAC CHE by and
19 through his counsel, DONALD MASUDA and KENNY GIFFARD, BOB AN, by
20 and through his attorney, RONALD PETERS, CUONG HOANG, by and
21 through his attorney, SCOTT CAMERON, LIEN TROUNG, by and through
22 his counsel, DINA SANTOS, KENNY LU, by and through his counsel,
23 DAVID FISCHER, VINH HOANG, by and through his counsel, GILBERT
24 ROQUE and the United States Government, by and through its
25 counsel, TODD LERAS, Assistant United States Attorney, hereby
26 stipulate that the status conference set for February 28, 2012,
27 be rescheduled for a status conference on Tuesday, April 17,
28 2012, at 9:30 a.m.

                                1

This continuance is being requested because defense counsel needs additional time to review discovery, talk to witnesses and pursue investigation.

Furthermore, the party's have been diligently attempting to reach a negotiated disposition in this case and we believe that the additional time will aid us in that attempt.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 17, 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial.

DATED: February 23, 2012　　　　　　Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
Supervising Assistant
Federal Defender
Attorney for Defendant
JULIA SAECHAO

/s/ Dennis S. Waks for
DONALD MASUDA
Attorney for TAC CHE

/s/ Dennis S. Waks for
KENNY GIFFARD
Attorney for TAC CHE

/s/ Dennis S. Waks for
RONALD PETERS
Attorney for BOB AN

|                                  | /s/ Dennis S. Waks for            |
|----------------------------------|------------------------------------|
|                                  | SCOTT CAMERON                      |
|                                  | Attorney for CUONG HOANG           |

/s/ Dennis S. Waks for
DINA SANTOS
Attorney for LIEN TRUONG

/s/ Dennis S. Waks for
DAVID FISCHER
Attorney for KENNY LU

/s/ Dennis S. Waks for
GILBERT ROQUE
Attorney for VINH HOANG

DATED: February 23, 2012    BENJAMIN B. WAGNER
United States Attorney

/s/ Dennis S. Waks for
TODD LERAS
Assistant U.S. Attorney

**SO ORDERED.**

Dated: 2/23/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court