1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JULIA SAECHAO

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  CR.S. 10-0168-JAM
                                  )
12             Plaintiff,         )  AMENDED STIPULATION AND
                                  )  ORDER TO EXTEND TIME
13       v.                       )  FOR STATUS CONFERENCE AND EXCLUDE
                                  )  TIME
14  TAC CHE, et al.,              )
                                  )  DATE:  June 12, 2012
15             Defendants.        )  Time:  9:30 a.m.
    _____)  Judge: John A. Mendez

16

17

18       Defendant JULIA SAECHAO, by and through her counsel, DENNIS

19  S. WAKS, Supervising Assistant Federal Defender, TAC CHE by and

20  through his counsel, DONALD MASUDA and KENNY GIFFARD, BOB AN, by

    and through his attorney, RONALD PETERS, CUONG HOANG, by and
21
    through his attorney, SCOTT CAMERON, LIEN TROUNG, by and through
22
    his counsel, DINA SANTOS, KENNY LU, by and through his counsel,
23
    DAVID FISCHER, VINH HOANG, by and through his counsel, GILBERT
24
    ROQUE and the United States Government, by and through its
25
    counsel, TODD LERAS, Assistant United States Attorney, hereby
26
    stipulate that the status conference set for April 17, 2012, be
27
    rescheduled for a status conference on Tuesday, June 12, 2012, at
28

                               1

1  9:30 a.m.

2      This continuance is being requested because defense counsel

3  needs additional time to review discovery, talk to witnesses and

4  pursue investigation.

5      Furthermore, the party's have been diligently attempting to

6  reach a negotiated disposition in this case and we believe that

7  the additional time will aid us in that attempt.

8      Speedy trial time is to be excluded from the date of this

9  order through the date of the status conference set for June 12,

10  2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable

11  time to prepare] (Local Code T4).

12      The Court finds that the ends of justice to be served by

13  granting a continuance outweigh the best interest of the public

14  and the defendants in a speedy trial.

15  DATED: April 9, 2012                    Respectfully Submitted,

16                                          DANIEL J. BRODERICK
                                            Federal Defender
17

18                                          /s/ Dennis S. Waks
                                            Supervising Assistant
19                                          Federal Defender
                                            Attorney for Defendant
20                                          JULIA SAECHAO

21
                                            /s/ Dennis S. Waks for
22                                          DONALD MASUDA
                                            Attorney for TAC CHE
23

24                                          /s/ Dennis S. Waks for
                                            KENNY GIFFARD
25                                          Attorney for TAC CHE

26
                                            /s/ Dennis S. Waks for
27                                          RONALD PETERS
                                            Attorney for BOB AN
28

```
1
2                                         /s/ Dennis S. Waks for
                                          SCOTT CAMERON
3                                         Attorney for CUONG HOANG

4                                         /s/ Dennis S. Waks for
                                          DINA SANTOS
5                                         Attorney for LIEN TRUONG

6                                         /s/ Dennis S. Waks for
                                          DAVID FISCHER
7                                         Attorney for KENNY LU

8                                         /s/ Dennis S. Waks for
                                          GILBERT ROQUE
9                                         Attorney for VINH HOANG

10
11   DATED:  April 9, 2012               BENJAMIN B. WAGNER
                                          United States Attorney
12
13                                        /s/  Dennis S. Waks for
                                          TODD LERAS
14                                        Assistant U.S. Attorney

15   SO ORDERED.

16   Dated: April 9, 2012

17
18                                        /s/ John A. Mendez
                                          JOHN A. MENDEZ
19                                        United States District Court
20
21
22
23
24
25
26
27
28
```