```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
CUONG HOANG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>COUNG HOANG, et. al.<br><br>      Defendants. | CASE NO. 2:10-CR-00168 JAM<br><br>**STIPULATION AND ORDER VACATING THE CURRENT DATE SET FOR STATUS ON SENTENCING AND SETTING DATE FOR JUDGMENT AND SENTENCING WITH PRE-SENTENCE REPORT DISCLOSURE SCHEDULE**<br><br>DATE: January 15, 2013<br>TIME: 9:45 a.m.<br>JUDGE: Hon. John A. Mendez |

## Stipulation

The parties, through undersigned counsel, stipulate that the date set for "status on sentencing" of defendant CUONG HOANG, currently scheduled for January 15, 2013, may be vacated and that the date of judgment and sentencing may be set for April 16, 2013, at 9:45 a.m. Further, it is stipulated that the Pre-Sentence Report ("PSR") disclosure schedule may be set as follows:

```
Proposed PSR:                          March 5, 2013
Written Objections to Probation:       March 19, 2013
PSR Filed with the Court:              March 26, 2013
Motion for Corrections to PSR:         April 2, 2013
Reply or Statement of Non-Opposition:  April 9, 2013
Judgment and Sentencing:               April 16, 2013, 9:45 a.m.
```

1 | The Probation Department has been consulted regarding the above
2 | stipulations and has no objections. The government has authorized the
3 | defense counsel for CUONG HOANG to sign this stipulation on his
4 | behalf.

DATED: January 11, 2013               BENJAMIN WAGNER
                                      United States Attorney

                                by    /s/ Scott N. Cameron, for
                                      Todd Leras
                                      Assistant U.S. Attorney

DATED: January 11, 2013
                                by    /s/ Scott N. Cameron
                                      Scott N. Cameron
                                      Counsel for Cuong Hoang

## Order

Good cause appearing,

The date for "Status on Sentencing" of defendant CUONG HOANG, presently scheduled for January 15, 2013, is vacated and the matter is set for Judgment and Sentencing on April 16, 2013, at 9:45 a.m. Further, the disclosure schedule for the Pre-Sentence Investigation Report is ordered to be as set forth in the above stipulation.

IT IS SO ORDERED.

DATED: 1/11/2013
                                      /s/ John A. Mendez
                                      John A. Mendez, Judge
                                      United States District Court

2