```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2918

 5

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  Case No.   CR-S-10-0168 JAM
                                   )
12           Plaintiff,            )
                                   )  ORDER RE: REQUEST TO SEAL
13       v.                        )  DOCUMENTS
                                   )
14                                 )
    KENNY LU,                      )
15                                 )
                                   )
16           Defendant.            )
                                   )
17                                 )
                                   )
18  _____ )

19

20       Upon application of the United States of America and good cause

21  having been shown,

22       IT IS HEREBY ORDERED that the "Request to Seal Documents," and

23  the documents described therein shall be filed in camera and under

24  seal and not be disclosed to any person unless otherwise ordered by

25  / / /

26  / / /

27  / / /

28  / / /
```

1

this Court, with the exception that counsel for the above-named defendant has been provided with copies of all documents in anticipation of the sentencing hearing.

Date: March 11, 2013

_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE