Scott N. Cameron (SBN: 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
(916) 442-5230

Attorney for:
CUONG HOANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00168 JAM |
| Plaintiff, | |
| vs. | **ORDER TO EXONERATE BOND AND RECONVEY PROPERTY** |
| CUONG HOANG, et. al., | |
| Defendants. | JUDGE: Hon. John A. Mendez |

## ORDER

IT IS SO ORDERED THAT THE $50,000 secured appearance bond securing Cuong Hoang's release in the above captioned-case is exonerated and the title to the property located at 4543 Rolling Meadows, Ellicott City, Maryland 21043, is to be reconveyed back to the property's owners, Hoa T. Hoang and Fanny Xie.

IT IS FURTHER ORDERED that the Clerk of the Court execute the attached "Certificate of Satisfaction" releasing this Court's encumbrance on said property which was utilized to secure Cuong Hoang's appearance in the above-captioned case.

Dated: 9-27-2013

JOHN A MENDEZ
UNITED STATES DISTRICT JUDGE

APPLICATION FOR COURT ORDER TO EXONERATE BOND AND RECONVEY PROPERTY

5

Tax ID# 02-324776

CERTIFICATE OF SATISFACTION

KNOW ALL MEN BY THESE PRESENTS:

That **Clerk of the Court of the Eastern District of California** does hereby acknowledge that the indebtedness secured by a certain Deed of Trust made by **HOA T. HOANG and FANNY XIE**, dated May 26, 2010, and recorded June 2, 2010, among the Land Records of the County of Howard, State of Maryland, in Liber 12488, Folio 451, which encumbers the real property described in Exhibit A hereto, has been fully paid and discharged; that Clerk of the Court of the Eastern District of California was, at the time of satisfaction, the holder of the Deed of Trust note/mortgage; and that the lien of the Deed of Trust note/mortgage is hereby released.

IN WITNESS WHEREOF, the holder of said Deed of Trust note/mortgage has caused this instrument to be executed in its behalf by its agent this _____ day of _____, 20\_\_\_\_\_.

**CLERK OF THE COURT OF THE EASTERN DISTRICT OF CALIFORNIA**

By: _____

State of _____

City/County of _____, to wit:

I hereby certify that on this _____ day of _____, 20\_\_\_\_\_, before me, the subscriber, a Notary Public of the State aforesaid, personally appeared _____, who acknowledged him/herself to be the agent of **Clerk of the Court of the Eastern District of California**, the holder of the Deed of Trust note/mortgage referred to above and that he/she executed the aforegoing Certificate of Satisfaction for the purposes therein contained by signing the name of **Clerk of the Court of the Eastern District of California** as its agent, and that the facts set forth therein are true.

WITNESS my hand and notarial seal.

Notary Public
My Commission Expires: _____

Exhibit "A"
Legal Description

Being known and designated as Lot No. 219 as shown on Plat entitled, "LONG GATE, Section 2, Area 1, Lots 192 thru 242 (including a Resubdivision of Long Gate, Section 1, Area 4, Lot 191), Sheet 3 of 3", which Plat is recorded among the Land Records of Howard County at Plat 7533.

Which has an address of 4543 Rolling Meadows, Ellicott City, MD 21043
Tax ID#: 02-324776